IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JUDITH MARCIA WILLIAMS,**

   **Plaintiff,**

**v.**                                          Case No. 4:22-cv-456-AW-MAF

**DENNIS FREDRICK WING,**

   **Defendant.**
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Judith Marcia Williams, proceeding pro se and *in forma pauperis*,[1] sued her stepbrother, whom she contends deprived her of her mother's death benefits. The magistrate judge issued a report and recommendation concluding that Williams has not stated a claim. ECF No. 13. Williams has not objected to the report and recommendation. (She did file "an objection for the two in forma pauperis motion (sic) [she] filed," which was docketed as an objection to the report and recommendation. ECF No. 14.)

Having considered the matter, I now determine that the report and recommendation should be adopted, and I incorporate it into this order. The clerk will enter a judgment that says, "Plaintiff's claims are dismissed for failure to state a claim." The clerk will then close the file.

---

[1] Williams has filed multiple motions to proceed *in forma pauperis*. The magistrate judge granted one, ECF No. 7, and the others are therefore moot.

SO ORDERED on February 15, 2023.

s/ *Allen Winsor*
United States District Judge